**FILED**

NOV 29 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

Plaintiff: Marcos Hernandez #694084

Case No. SA23CA1480 FB

v.

Defendant: LA Ruleta, Sports Bar, et al.

---

please see attached complaint

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: November, 23, 2023.
      2. Parties to previous lawsuit: N/A.
         Plaintiff(s) Marcos Hernandez
         Defendant(s) Loraine Baladez
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

2

II. PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ___YES  ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Marcos Hernandez, 1435 Perez St. San Antonio Texas 78207.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Establishment "La Ruleta" Sports Bar. 700 Ruiz St. San Antonio, Texas 78207.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Was Assaulted on these premesises of this Establishment.

Defendant #2: Loraine Baladez, 700 Ruiz St. San Antonio Texas 78207.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
The Assault happen with her at work present. Allowed no aid.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

C.  Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: __11-23-2023__
                DATE

x _____(Signature)_____
   (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments *thereto* are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __23__ day of __November__, 20 __23__.
            (Day)              (month)              (year)

x _____
   (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

To Whom it May Concern and Second Continuance of Night of the Assault on the Night of 9-22-22. The Assault Did in Total Changed my Everyday Choices & My Life Completely in Total Outlook's. I can Show with Proof from the Hospital Reports & Bills from where I was Admitted to. My whole Life & function of My was to Support My family & Provided for My family & To Make Sure That All was in Tact with the Mortgage and Be Head of The Household. This Assault Took my whole function of Every day Simple Decision Making, Very difficult for Me To go To Work and Simple acts of Every Judgements. The Assault That Night They were More Less 8-11 individuals Who Part.cipated in the Act of The Assault on Me. The Attack Started in The Establishment And Prolonged To Outside of The Establishment To The Parking Lot of where The Customers Park Their Vehicles for That Establishment. All of This Was Witnessed By The Owner "Loraine Banadez", Who Owns That Establishment On 700 Ruiz St. San Antonio, Tx. 78207. Not the Security or Any One from Her Employment or Her Did an Act To Tell To Stop, Stop or Called Authorities. My girlfriend who was There with Me and Witnessed All of This Horrible Cowardly Act.

I Have An Outrageous Amount of Medical Bills More Than $18,000 Dollars In Expensenes. My Report from My Medical Exams will Show for Them Selves That I'm Blessed To Still Be Alive. I Have Proof and Scars, Pictures To Show That This Act was Not Right And That I feel Someone Should Be Held Responsible for This Cowardly Act and What Happen That Night. The Owner Should Be Held Responsible for This That Happened On Her Establishment. The Owner of This Establishment Knew These individuals And Could've Shown Some Sort of Aid for Me or Her Security, But Not One Soul, Only My girlfriend Lifted A finger or Phone To Stop, Avoid This Horrible Act of Cowards done Unto Me That Night for No Reason &

2.

I'm asking the federal to review and please go over my case with an open heart. That this act was wrong and for no reason, but an act of cowards. And that I'm not the same after that night and my whole life has been effected by that night & an assault. I'm traumatized by this assault and was a victim in all due points of this. I've only been inflected trauma, pain, brain injuries, medical expenses, that I'm never gonna be able to pay unless this establishment takes responsibilities for this assault that happen on their premises. I have permanent brain disfunctions. My thinking in all turn key's is not the same. I'm paranoid, P.T.S.D. It's a defensive way I look, when I'm out now in public with my family. I'm scared afraid of someone in close feet of me. I'm seeking resoures of pain & sufferings. And way help for my expensives & justice. I've been back to the establishment to seek help or answers, any information on that night of my attack and not no one show any remorse or respond of any sort of intrest. All she was, was uncoroporative with me. I even ask to see or if I could get a copy of footage suvailence & nothing. No type of pity or care for me, my injuries or trauma that happened on establishment. Please look into this & I pray no one else has to go through what I've been through cause of the owner's lack of care for her establishment. Thank you & God Bless.

Sincerely,
x [signature]
#694084

Marcos Hernandez
1435 Perez
San Antonio, TX 78207