# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MARCOS HERNANDEZ, <br> # 694084, <br><br> Plaintiff, <br><br> v. <br><br> LA RULETA SPORTS BAR; and <br> LORAINE BALADEZ, <br><br> Defendants. | § § § § § § § § § § § § §    SA-23-CV-01480-FB |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Marcos Hernandez's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order as well as for failure to prosecute, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Hernandez's section 1983 claims against Defendants, La Ruleta Sports Bar and Loraine Baladez, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order, as well as for failure to prosecute.

SIGNED this 6th day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE